SION. C. A. 5th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 1100] denied.

No. 03–7402. WOODFIN *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 1100] denied.

No. 03–7694. PACHECO-MEDINA *v.* OREGON. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until March 15, 2004, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 03–8263. IN RE DECKER;
No. 03–8281. IN RE COOPER;
No. 03–8347. IN RE WILLIAMS;
No. 03–8392. IN RE WILLIE;
No. 03–8403. IN RE QUEEN;
No. 03–8411. IN RE MONTOYA;
No. 03–8495. IN RE PARKER;
No. 03–8497. IN RE MOFFETT; and
No. 03–8710. IN RE WASKO. Petitions for writs of habeas corpus denied.

No. 03–839. IN RE GENTILUOMO;
No. 03–842. IN RE LEAL;
No. 03–7897. IN RE SHAW; and
No. 03–8409. IN RE KORNAFEL. Petitions for writs of mandamus denied.

No. 03–7709. IN RE O'BRYANT. Petition for writ of mandamus and/or prohibition denied.

No. 03–7705. IN RE ALLEN. Petition for writ of prohibition denied.

*Certiorari Granted*

No. 03–583. LEOCAL *v.* ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 11th Cir. Certiorari granted.

No. 03–674. JAMA *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 8th Cir. Certiorari granted.